## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE GUY, III** | : | |
| Plaintiff | : | CIVIL ACTION NO: 13-7308 |
| v. | : | |
| **SUNOCO, INC. et al.** | : | |
| Defendants | : | |

### STIPULATION

Isaac H. Green, Esquire, counsel for Plaintiff, and Kelly T. Kindig, Esquire, counsel for Defendants, have stipulated and agreed as follows:

1. The case shall be placed in deferred status for a period of sixty (60) days.

| On behalf of Plaintiff | On behalf of Defendants |
|---|---|
| George Guy, III | Sunoco, Inc. and James Demes |
| /s/ Isaac H. Green | /s/ Kelly T. Kindig |
| ISAAC H. GREEN, ESQUIRE | KELLY T. KINDIG, ESQUIRE |

THIS STIPULATION IS APPROVED BY THE COURT AND SO ORDERED THIS ____ DAY OF _May_, 20___.

_____
HONORABLE MICHAEL M. BAYLSON
United States District Judge