# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE GUY, III**<br><br>    **v.**<br><br>**SUNOCO, INCORPORATED, et al.** | **CIVIL ACTION**<br><br>**NO. 13-7308** |

## ORDER

**AND NOW**, this 6th day of May, 2014, it is hereby ORDERED as follows:

1.      All proceedings are stayed until further Order of the Court;

2.      The case shall be transferred to the Civil Suspense File;

2.      The Clerk of the Court shall mark this case closed for statistical purposes;

3.      The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in sixty (60) days or upon further order of the Court; and

4.      The entry of this Order shall not prejudice the rights of the parties to this litigation.

                                        BY THE COURT:

                                        /s/ Michael M. Baylson

                                        _____
                                        Michael M. Baylson, U.S.D.J.

O:\CIVIL 13\13-7308 GUY V. SUNOCO\13CV7308.050514.SUSPENSE.DOCX