# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE GUY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 13-7308 |
| SUNOCO, INC., et al., | : |
| Defendants. | : |



FILED
SEP 2 5 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## SCHEDULING ORDER

Pursuant to this Court's September 18, 2014 Order, the parties, through their undersigned counsel, hereby submit the following agreed-upon Scheduling Order, pertaining to limited discovery on the narrow issue of the validity of the arbitration provisions at issue in this matter:

1. Parties to exchange document requests, not to exceed 5 requests, by October 6, 2014.

2. Parties to exchange documents by October 24, 2014.

3. Depositions, limited to 1 deposition per party, not to exceed 4 hours per deposition, to be completed by November 14, 2014.

4. Defendants' supplemental brief in support of their Motion to Compel Arbitration to be filed by December 15, 2014.

5. Plaintiff's supplemental response in opposition to Defendants' Motion to Compel Arbitration to be filed by January 14, 2015.

6. Defendants' reply brief to be filed by January 28, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/ Isaac Green | /s/ Kelly T. Kindig |
| Isaac Green | Daniel V. Johns |
| 200 Limekiln Pike | Kelly T. Kindig |
| Glenside, PA 19038 | BALLARD SPAHR LLP |
| | 1735 Market Street, 51st Floor |
| *Attorneys for Plaintiff* | Philadelphia, PA 19103-7599 |
| | (215) 665-8500 |
| | |
| | *Attorneys for Defendants* |

Date: September 24, 2014

SO ORDERED:

_____
MICHAEL M. BAYLSON, U.S.D.J.

9/24/14

2